**Order entered February 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00174-CV

### IN RE REGINALD NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F00-50025-K**

## ORDER

Before the Court is relator's motion to proceed without cost and his petition for writ of mandamus. The Court **GRANTS** the motion to proceed without cost to the extent that the Court has considered the petition for writ of mandamus without payment of a filing fee. Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear all remaining costs of this original proceeding.

.

/s/    DOUGLAS S. LANG
        JUSTICE